# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CHARLES E. FOSTER, JR.**                                                  **PLAINTIFF**
**ADC #147301**

**VS.**                      **2:17CV00016-BRW-JJV**

**TAMEKA COLEMAN, Disciplinary**
**Hearing Officer, EARU, ADC;** *et al.*                        **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, Plaintiff may proceed on his due process claim against Defendants Coleman, Jackson, and Andrews. Defendant John Doe, who Plaintiff has now identified as Patrick Drummond, is DISMISSED from this action without prejudice, because the claims against Mr. Drummond are unrelated to the claims against the other Defendants.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT SO ORDERED this 24th day of February, 2017.

                                           /s/ Billy Roy Wilson
                                           UNITED STATES DISTRICT JUDGE