IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CHARLES E. FOSTER, JR.**                                                           **PLAINTIFF**
**ADC #147301**

**VS.**                           **2:17CV00016-BRW**

**TAMEKA COLEMAN, Disciplinary**
**Hearing Officer, EARU, ADC;** *et al.*                                  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, Defendants' Motion for Judgment on the Pleadings (Doc. No. 17) is GRANTED and Defendants Coleman and Jackson are dismissed. Defendant Andrews is also dismissed.

Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 8th day of May, 2017.

                                                  /s/ Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE